**No. 40315.**—Protests 916450–G(A), etc., of Sucrest Corporation (Philadelphia).

Opinion by KINCHELOE, J. Following the ruling in *Androvette* v. *United States* (C. D. 63) the court dismissed the protests for lack of jurisdiction